ALFRED H. CHAN (State Bar No. 216767)
achan@shenlawyers.com
SHEN &CHAN, APLC
805 West Duarte Road, Suite 106
Arcadia, California 91007
Phone: (626) 821-9094; Fax: (626) 821-8746

Attorney for TG MANAGEMENT, INC.

PETER K. CHU, ESQ.(SBN 251705)
Peter.Chu@pkchulaw.com
LAW OFFICES OF PETER K. CHU
601 W. Fifth Street, Suite 800
Los Angeles, CA 90071
Tel: 213-225-5878; Fax:310-733-5670

Attorney for Defendants TG Kitchen, Inc.,
Mario Shiu (erroneously sued as Mario Xiao),
and Yanci Xiao

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TG MANAGEMENT, INC., a California corporation<br><br>Plaintiff,<br>vs.<br><br>TG KITCHEN, INC., a California corporation; MARIO XIAO, an individual; YANCI XIAO, an individual; and DOES 1 to 20,inclusive,<br><br>Defendants. | CASE NO.:CV12-9621-DMG (JCx)<br><br>**ORDER RE: STIPULATION TO REMAND CASE TO STATE COURT** [15] |

-2-

1    Having read and considered the parties' Stipulation to Remand Case to State
2 Court, and good cause appearing,
3    IT IS HEREBY ORDERED that this case be remanded to the Los Angeles
4 County Superior Court, and that Defendants shall have fourteen (14) days from the date
5 on which this Court mails a certified copy of the order of remand to the clerk of the Los
6 Angeles Superior Court to file their responsive pleadings.

**IT IS SO ORDERED.**

DATED: December 28, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE